UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA J. DANIELS,<br><br>         Plaintiff,<br><br>    vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.: 4:16-cv-02356-SK<br><br>ORDER OF DISMISSAL |

Based upon the stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: October 13, 2016

_____
THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

-1-